AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

| BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT |
|---|
| ☐ SUPERSEDING |

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

─── OFFENSE CHARGED ───

VIOLATIONS: 18 U.S.C. § 922(g)(1) [Felon in Possession of Firearm]; 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Cocaine]; 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

See Attachment A

─── DEFENDANT - U.S. ───

▶ Keith L. Smith Jr.

DISTRICT COURT NUMBER

CR  07  0466 DLJ

─── PROCEEDING ───

**Name of Complainant Agency, or Person (&Title, if any)**
Bureau of Alcohol, Tobacco, Firearms & Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**
4-07-70413WDB

**Name and Office of Person Furnishing Information on THIS FORM**    SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**    DEBORAH R. DOUGLAS, AUSA

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☑ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## ATTACHMENT A: PENALTIES

COUNT ONE: 18 U.S.C. § 922(g)(1) [Felon in Possession of Firearm]

On or about February 8, 2007, in the Northern District of California, the defendant, KEITH L. SMITH JR., having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as a Ruger, Model SP101, .357 Magnum caliber, serial number 571-05140, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**Penalties**: Maximum prison term of ten years, a term of supervised release of three years, $250,000 fine, and $100 special assessment.

COUNT TWO: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Cocaine]

On or about March 22, 2007, in the Northern District of California, the defendant, KEITH L. SMITH JR., did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**Penalties**: Maximum prison term of twenty years, a term of supervised release of at least three years and up to life, $1 million fine, and $100 special assessment.

COUNT THREE: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about March 29, 2007, in the Northern District of California, the defendant, KEITH L. SMITH JR., did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: 5 grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**Penalties**: Mandatory minimum prison term of five years and up to 40 years, a term of supervised release of at least four years and up to life, $2 million fine, and $100 special assessment.

<u>COUNT FOUR</u>: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of Crack Cocaine]

On or about April 30, 2007, in the Northern District of California, the defendant, KEITH L. SMITH JR., did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II controlled substance, to wit: 5 grams or more of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**Penalties**: Mandatory minimum prison term of five years and up to 40 years, a term of supervised release of at least four years and up to life, $2 million fine, and $100 special assessment.

2



# United States District Court

FOR THE

## NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION

VENUE: **OAKLAND**

CR 07 0466

UNITED STATES OF AMERICA,

v.

KEITH L. SMITH JR.,

DLJ

**DEFENDANT.**

---

# INDICTMENT

VIOLATIONS: 18 U.S.C. § 922(g)(1) [Felon in
Possession of Firearm]; 21 U.S.C. § 841(a)(1)
[Possession with Intent to Distribute and Distribution of
Cocaine]; 21 U.S.C. § 841(a)(1) [Possession with Intent
to Distribute and Distribution of Crack Cocaine]

---

A true bill.

_____
Foreman

Filed in open court this _19th_ day of
_July, 2007_

_____
Clerk

Bail, $ _No Bail Warrant_
_7/19/07_

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. CR 07 0466 DL |
| Plaintiff, | ) |
| | ) VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| v. | ) [Felon in Possession of Firearm]; |
| | ) 21 U.S.C. § 841(a)(1) [Possession with |
| KEITH L. SMITH JR., | ) Intent to Distribute and Distribution of |
| | ) Cocaine]; 21 U.S.C. § 841(a)(1) [Possession |
| Defendant. | ) with Intent to Distribute and Distribution of |
| | ) Crack Cocaine] |
| | ) |

OAKLAND VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE: 18 U.S.C. § 922(g)(1) [Felon in Possession of Firearm]

On or about February 8, 2007, in the Northern District of California, the defendant,

KEITH L. SMITH JR.,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as a Ruger, Model SP101, .357 Magnum

INDICTMENT

1  caliber, serial number 571-05140, in and affecting commerce, in violation of Title 18, United States

2  Code, Section 922(g)(1).

3  COUNT TWO: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of
   Cocaine]

4

5  On or about March 22, 2007, in the Northern District of California, the defendant,

6  KEITH L. SMITH JR.,

7  did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II

8  controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, in

9  violation of Title 21, United States Code, Section 841(a)(1).

10 COUNT THREE: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of
   Crack Cocaine]

11 On or about March 29, 2007, in the Northern District of California, the defendant,

12 KEITH L. SMITH JR.,

13 did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II

14 controlled substance, to wit: 5 grams or more of a mixture and substance containing a detectable

15 amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code,

16 Section 841(a)(1).

17 COUNT FOUR: 21 U.S.C. § 841(a)(1) [Possession with Intent to Distribute and Distribution of
   Crack Cocaine]

18

19 On or about April 30, 2007, in the Northern District of California, the defendant,

20 KEITH L. SMITH JR.,

21 did knowingly and intentionally possess with intent to distribute and did distribute a Schedule II

22 controlled substance, to wit: 5 grams or more of a mixture and substance containing a detectable

23

24

25

26

27

28

INDICTMENT                    2

1  amount of cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code,

2  Section 841(a)(1).

3

4  DATED: July 19, 2007                          A TRUE BILL.

5

6                                                FOREPERSON

7

8  SCOTT N. SCHOOLS
   United States Attorney

9

10 STEPHEN G. CORRIGAN
   Acting Chief, Oakland Branch

11

12 (Approved as to form: _____ )

13                AUSA Deborah R. Douglas

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                3