JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI COLEMAN CADET  (CABN 194542)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3924
   Fax: (510) 637-3724
   E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 07-00466 DLJ |
| Plaintiff, | ) | [PROPOSED] DETENTION ORDER |
| v. | ) | |
| KEITH L. SMITH, JR., | ) | |
| Defendant. | ) | |

      A grand jury in the Northern District of California has charged defendant Kevin Smith with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1), possession with intent to distribute and distribution of cocaine in violation of 21 U.S.C. § 841(a)(1), and possession with the intent to distribute and distribution of crack cocaine in violation of 21 U.S.C. § 841(a)(1).  Following a hearing on May 12, 2010 under 18 U.S.C. § 3142(f), considering the factors set forth in section 3142(g), and for the reasons stated on the record (including the government's proffer that the defendant was a fugitive since 2007 and was aware that law enforcement was looking for him), the Court finds that – at this time – the presumption has not been rebutted, and that no condition or combination of conditions in section 3142(c) will

[PROPOSED] DETENTION ORDER

1  reasonably assure the defendant's appearance in court and the safety of the community or
2  another person.
3       After being advised of his rights to present evidence under section 3142(f), the defendant
4  declined to present additional information but reserved his right to present information at a future
5  bail hearing should his circumstances change.
6       Accordingly, the Court detains the defendant as a flight risk without prejudice to his
7  raising the bail issue at a future hearing.  The Court orders Smith committed to the custody of the
8  Attorney General or a designated representative for confinement in a corrections facility
9  separate, to the extent practicable, from persons awaiting or serving sentences or held in custody
10 pending appeal.  *See* 18 U.S.C. § 3142(i)(2).  Smith must be afforded a reasonable opportunity to
11 consult privately with counsel.  *See id.* § 3142(i)(3).  On order of a court of the United States or
12 on request of an attorney for the government, the person in charge of the corrections facility
13 must deliver the defendant to the United States Marshal for a court appearance.  *See id.* §
14 3142(i)(4).
15 IT IS SO ORDERED.
16 DATED: May 18, 2010
17                                             LAUREL BEELER
                                               United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] DETENTION ORDER        2