JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI COLEMAN CADET  (CABN 194542)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3924
    Fax: (510) 637-3724
    E-Mail:  chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 07-00466 DLJ |
| | ) | |
| Plaintiff, | ) | ~~[PROPOSED]~~ ORDER EXCLUDING |
| | ) | TIME PURSUANT TO THE SPEEDY |
| v. | ) | TRIAL ACT |
| | ) | |
| KEITH L. SMITH, JR., | ) | Date:      May 12, 2010 |
| | ) | Time:      10:00 a.m. |
| Defendant. | ) | Court:     Hon. Laurel Beeler |
| | ) | |

Defendant Keith Lamont Smith, Jr. appeared at a status conference before the Court on

May 12, 2010.  With the agreement of the parties, and with the consent of Defendant Keith

Lamont Smith, Jr., the Court enters this order documenting the exclusion of time pursuant to the

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from May 12, 2010 to May 14, 2010.  The

parties agreed, and the Court found and held, as follows:

1.      Defendant Keith Lamont Smith, Jr. sought and agreed to the exclusion of time

pursuant to the Speedy Trial Act so that defense counsel would have additional time to

investigate this matter, interview additional witnesses, confer with defendant, and prepare for the

trial of this matter, taking into account the exercise of due diligence.

2.      Given these circumstances, the Court found that the ends of justice served by

~~[PROPOSED]~~ ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT

excluding the period from May 12, 2010 to May 14, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of defendant Keith Lamont Smith, Jr., the period from May 12, 2010 to May 14, 2010 is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED:  May 18, 2010

_____
LAUREL BEELER
United States Magistrate Judge

Approved As To Form:

_____/s/_____
CHINHAYI COLEMAN CADET
Assistant United States Attorney

_____/s/_____
SUZANNE A. LUBAN
Attorney for Defendant

[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT

2